**Esther DAFF, widow of Harold Daff, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department of Labor, Respondent.**

No. 01–1991.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 25, 2002.

Esther Daff, Petitioner Pro Se. Patricia May Nece, Christian P. Barber, Helen Hart Cox, United States Department of Labor, Washington, D.C., for Respondent.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Esther Daff seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp. 2001). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Daff v. Director, Office of Workers' Comp. Programs,* No. 00–568–BLA (BRB Mar. 30, 3001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*